UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESLAM MOHAMED KATAB,<br><br>                        Petitioner,<br><br>-against-<br><br>US IMMIGRATIONS AND CUSTOMS ENFORCEMENT, et al.,<br><br>                        Respondents. | 23-CV-02764 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      This case has been reassigned to the undersigned. Each party is ORDERED to submit a letter, not to exceed two (2) pages, detailing the current status of this matter as well as a statement of the party's position on the substance of the petition by Tuesday, August 15, 2023, at 5:00 p.m. ET. The letters should include the date of petitioner's bond hearing, as described in paragraph 26 of the petition, ECF No. 1, as well as the standard that was applied at that hearing and any procedural safeguards available at the hearing. *See Velasco Lopez v. Decker*, 978 F.3d 842, 856-57 (2d Cir. 2020) ("We therefore conclude that … requiring the Government to prove that [Petitioner] is a danger to the community or a flight risk by clear and convincing evidence to

justify his continued detention strikes a fair balance between the rights of the individual and the legitimate concerns of the state." (internal quotation marks omitted)).

    SO ORDERED.

Dated: August 11, 2023
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge