UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESLAM MOHAMED KATAB, <br><br>                Plaintiff, <br><br> -against- <br><br> U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT, et al., <br><br>                Defendants. | 23-cv-2764 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

    Defendant filed its brief in opposition on August 25, 2023. Plaintiff's answering papers, not to exceed fifteen (15) pages, will be due September 12, 2023.

    SO ORDERED.

Dated: August 29, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge