UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESLAM MOHAMED KATAB,<br><br>                            Petitioner,<br><br>-against-<br><br>US IMMIGRATIONS AND CUSTOMS ENFORCEMENT, et al.,<br><br>                            Respondents. | 23-CV-02764 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       The motion for an adjournment is granted. Dkt. 32. The hearing previously set for October 16, 2023, will now take place on Tuesday, October 24, 2023, at 11:30 am. Given that the petitioner has been held in detention for over two years, and that he apparently never received a bond hearing to determine whether he poses a risk of danger or flight (because his initial hearing consisted of a judge simply finding that he was subject to mandatory detention), the Government should consider whether it will, given the unique circumstances of this case, voluntarily agree to provide a hearing to petitioner. *See Arce-Ipanaque v. Decker*, No. 19-CV-1076 (JMF), 2019 WL 2136727, at *3 (S.D.N.Y. May 15, 2019) (in case arising under Section 1226(c) where petitioner had been detained for almost two years, ordering individualized bond hearing at which "the Government must … demonstrate dangerousness or risk of flight by a clear and convincing standard" (internal quotation marks and citation omitted)).

      SO ORDERED.

Dated: October 10, 2023
       New York, New York

                                                                      ARUN SUBRAMANIAN
                                                                    United States District Judge