UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESLAM MOHAMED KATAB,<br><br>                              Petitioner,<br><br>            -against-<br><br>US IMMIGRATIONS AND CUSTOMS ENFORCEMENT, et al.,<br><br>                              Respondent. | 23-CV-2764 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On October 24, 2023, the Court held a conference on the merits of this habeas petition. For the reasons given at that conference, the petition for a writ of habeas corpus is GRANTED IN PART. The Government is hereby ORDERED to present Eslam Mohamed Katab for an individualized bond hearing before an immigration judge **by Wednesday, November 22, 2023**. At that hearing, the government will bear the burden to demonstrate, by clear and convincing evidence, that Mr. Katab poses a danger to the community or a flight risk such that his continued detention is justified, and no less restrictive conditions could secure his appearance and the safety of the community. The government should file an affidavit no later than **November 27, 2023,** certifying compliance with this order.

The government is further directed to order a transcript of the October 24th hearing and provide a copy to Mr. Katab. The Clerk of Court is directed to CLOSE this matter.

SO ORDERED.

Dated: October 24, 2023
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge