UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESLAM MOHAMED KATAB,

        Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

        Respondents.

No. 23 Civ. 2764 (AS)

**ORDER**

**ORDER**

Upon the consent of the parties to the above-captioned matter, it is hereby

ORDERED, that the transcript of the hearing held before this Court on October 24, 2023, be corrected in accordance with the errata annexed hereto.

Dated: New York, New York
\_November 14\_\_\_\_, 2023

_____
HON. ARUN SUBRAMANIAN
United States District Judge

*Katab v. U.S. Immigration and Customs Enforcement, et al.*
23 Civ. 2764 (AS)

<u>ERRATA SHEET</u>
*Transcript dated
October 24, 2023*

| Page | Lines | Presently Reads | Should Read |
|---|---|---|---|
| 2 | 13 | "of immigration" | "of the Board of Immigration Appeals" |
| 2 | 16 | "1226(b)" | "1226(c)" |
| 3 | 3 | "statute" | "a statute" |
| 3 | 22 | "1226(b)" | "1226(c)" |
| 4 | 12 | "brand" | "ground" |
| 4 | 14 | "conviction" | "convictions" |
| 4 | 18 | "1226(b)" | "1226(c)" |
| 5 | 11 | "and his papers" | "and in his papers" |
| 5 | 12 | "if he concedes" | "he concedes" |
| 8 | 4 | "suggested" | "subjected him to" |
| 9 | 19 | "1226(b)" | "1226(c)" |
| 9 | 22 | "MR. CHHETRY: Your Honor, the government" | "MR. CHHETRY: Your Honor --" "THE COURT: The government" |
| 10 | 21 | "relief" | "release" |
| 10 | 22 | "relief" | "release" |
| 20 | 3 | "Rule 26(c)" | "Section 1226(c)" |

1